UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **APPEARANCE** |
| V. | |
| FARMUZ UL HAQ | Case Number: 06 MAG 1789 (HBP) |

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in this case for:

FARMUZ UL HAQ

I certify that I am admitted to practice in this court.

Dated: December 21, 2007
_____

                                        Neil B. Checkman   NC-9232
                                        111 Broadway, Suite 1305
                                        New York, New York 10006
                                        (212) 264-9940 -office
                                        (212) 346-4665- fax