☛ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

      - v. -                           :    **NOTICE OF INTENT TO
FILE AN INFORMATION**

FARMUZ UL HAQ,                      :
                                            06 Mag. 1789
         Defendant.             :

- - - - - - - - - - - - - - - - x     **07 CRIM. 307**

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         April 12, 2007

*[JUDGE COTE stamp]*

                               MICHAEL J. GARCIA
                               United States Attorney

                    By: _____
                         Harry A. Chernoff
                         Assistant United States Attorney

                    AGREED AND CONSENTED TO:

                    By: _____
                         Neil Checkman, Esq.
                         Attorney for FARMUZ UL HAQ

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 4/13/07]*

4/13/07 WHEEL A