```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

          -v.-                  :
                                     CONSENT TO PLEAD GUILTY
FARMUZ UL HAQ,                  :    BEFORE MAGISTRATE COURT

          Defendant.
- - - - - - - - - - - - - - - x
```

07 CRIM. 307

I, FARMUZ UL HAQ, the above-named defendant, having been advised of my right to have my guilty plea heard by a United States District Judge, hereby consent to having my guilty plea heard by a United States Magistrate Judge.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
      April 16, 2007