111 Broadway, Suite 1305
New York, NY 10006
212.264.9940
Fax 212.346.4665
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN





October 9, 2007

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
**By Hand**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

**Re: United States v. Farmuz Ul Haq,
     07 Cr. 307 (DLC)**

Dear Judge Cote:

    I am the attorney retained to represent Mr. Farmuz Ul Haq on the above-referenced Information. Mr. Haq is currently released on a $500,000 personal recognizance bond, co-signed by three responsible persons secured by $25,000 cash and the equity in the defendant's and one of his co-signors's homes, pre-trial supervision, the surrender of his travel documents and restrictions in his travel to the SDNY, EDNY and the District of New Jersey.

    I write to request that the Court modify these release conditions to allow Mr. Haq to travel for business purposes outside the States of New York and New Jersey, and outside the New York State Districts, upon 48 hours notice to the Pre-trial Services Agency.

    I have spoken with A.U.S.A. Harry Chernoff who has informed that the Government has no objections to this application.

Granted.

*Denise Cote*
October 9, 2007

We thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: A.U.S.A. Harry Chernoff
    P.O. Xiomara Rojas
    Mr. Farmuz Ul Haq