111 Broadway, Suite 1305<br>
New York, NY 10006<br>
212.264.9940<br>
Fax 212.346.4665<br>
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN





March 27, 2008

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

Re: **United States v. Farmuz Ul Haq,**
    **07 Cr. 307 (DLC)**

Dear Judge Cote:

I am the attorney retained to represent Mr. Farmuz Ul Haq on the above-referenced Information. Mr. Haq is currently released on a $500,000 personal recognizance bond, co-signed by three responsible persons secured by $25,000 cash and the equity in the defendant's and one of his co-signors's homes, pre-trial supervision, the surrender of his travel documents and restrictions in his travel to the SDNY, EDNY and the District of New Jersey.

I write to request that the Court modify these release conditions to allow Mr. Haq to retrieve his and his wife's passports from the United States Attorney's Office for a period of two (2) weeks for the purpose of switching their drivers licences from New York to New Jersey where they reside. After switching the licences, Mr. Haq will return the passports to the custody of the United States Attorney.

I have spoken with A.U.S.A. Harry Chernoff who has informed that the Government has no objections to this application.

*Granted.*
*Denise Cote*
*March 31, 2008*

Hon. Denise Cote
March 27, 2008
Page 2

We thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: A.U.S.A. Harry Chernoff

　　　Mr. Farmuz Ul Haq