

111 Broadway, Suite 1305
New York, NY 10006
212.264.9940
Fax 212.346.4665
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

[Stamp: RECEIVED APR 28 2008 CHAMBERS OF DENISE COTE]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/5/08]

April 24, 2008

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

        **Re: United States v. Farmuz Ul Haq,**
            **07 Cr. 307 (DLC)**

Dear Judge Cote:

    I am the attorney retained to represent Mr. Farmuz Ul Haq on the above-referenced Information. Mr. Haq is currently released on a $500,000 personal recognizance bond, co-signed by three responsible persons secured by $25,000 cash and the equity in the defendant's and one of his co-signors's homes, pre-trial supervision, the surrender of his travel documents and restrictions in his travel to the SDNY, EDNY and the District of New Jersey.

    I previously wrote to request that the Court modify these release conditions to allow Mr. Haq to retrieve his and his wife's passports from the United States Attorney's Office for a period of two (2) weeks for the purpose of switching their drivers licences from New York to New Jersey where they reside. After switching the licences, Mr. Haq was to return the passports to the custody of the United States Attorney.

    Since that time I was apprised by A.U.S.A. Kasulis that Mr. Haq also is in need of his son's passport (Osama Farmuz) so that he too can apply for a driver's licence in New Jersey. Mr. Haq has not yet picked up any of the passports. Accordingly, counsel requests that the Court, by endorsing this letter, authorize Mr. Haq to pick up all three passports for the purpose of applying for New Jersey driver's licences, and upon said application being completed, promptly return the three passports to the custody of the United States Attorney's Office.

    I have spoken with A.U.S.A. Kasulis who has informed that the Government has no

*Granted.*
*Denise Cote*
*May 5, 2008*

Hon. Denise Cote
April 24, 2008
Page 2

objections to this application.

    We thank the Court for considering this application.

                                  Very truly yours,

                                  Neil B. Checkman

/NBC
cc: A.U.S.A. Tim Kasulis
    Mr. Farmuz Ul Haq