RECEIVED SEP 0 4 2008 CHAMBERS OF DENISE COTE

LAW OFFICES OF NEIL B. CHECKMAN

111 Broadway, Suite 1305  
New York, NY 10006  
212.264.9940  
Fax 212.346.4665  
neil@checkmanlaw.com

**MEMO ENDORSED**

September 4, 2008

Hon. Denise L. Cote  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007  
**By Hand and ECF**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 9-4-08

               **Re: United States v. Farmuz Ul Haq,**  
                    **07 Cr. 307 (DLC)**

Dear Judge Cote:

     I am the attorney retained to represent Mr. Farmuz Ul Haq on the above-referenced Information. Mr. Haq is currently released on a $500,000 personal recognizance bond, co-signed by three responsible persons secured by $25,000 cash and the equity in the defendant's and one of his co-signors's homes, pre-trial supervision, the surrender of his travel documents and restrictions in his travel to the SDNY, EDNY and the District of New Jersey. The Court later modified the release conditions by permitting Mr. Haq to travel for business purposes upon 48 hours notice to the Pre-trial Services Agency.

     I have spoken with P.T.S.O. Xiomara Rojas who has asked me to communicate with the Court and request that the Court again modify the release conditions to eliminate the requirement of pre-trial supervision, as Mr. Haq has been fully compliant. I then spoke with A.U.S.A. Tim Kasulis who informs that the Government has no objection to this modification.

     Accordingly, I request that the Court modify Mr. Haq's release conditions by eliminating the necessity of his supervision by Pre-trial Services.

Granted.  
Denise Cote  
Sept. 4, 2008

Hon. Denise L. Cote
September 4, 2008
Page 2

    We thank the Court for considering this application.

                Very truly yours,

                Neil B. Checkman

/NBC
cc: A.U.S.A. Tim Kasulis
    P.O. Xiomara Rojas
    Mr. Farmuz Ul Haq